# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL SILVA,** | : | **CIVIL ACTION NO. 3:14-2179** |
| Plaintiff | : | (JUDGE MANNION) |
| v | : | |
| **Lt. Shipe, *et al.*,** | : | |
| Defendants | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant Kaskie's unopposed motion to dismiss (Doc. 30) is **GRANTED**.

2. Remaining Defendants' unopposed motion to dismiss or for summary judgment (Doc. 33) is **GRANTED.**

3. Plaintiff's complaint is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and for failure to comply with a court order.

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: February 16, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-2179-01-ORDER.wpd